UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY FABRICANT,
*individually and on behalf of
the class members described below*,

    Plaintiff,

                              Case No. 20-10137
-vs-                            Hon. Denise Page Hood

DAVID ALLEN CAPITAL, INC.,
and JOHN DOES 1-10,

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Terry Fabricant hereby voluntarily dismisses his individual claims against David Allen Capital, Inc without prejudice and without costs, and dismisses the claims of any putative class member without prejudice and without costs.

By:  /s/ Daniel A. Edelman
      Daniel A. Edelman
      Cathleen M. Combs
      EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
      20 South Clark Street, Suite 1500
      Chicago, Illinois 60603
      (312) 739-4200
      (312) 419-0379 (FAX)
      Email: dedelman@edcombs.com

Adam G. Taub (P48703)
ADAM G. TAUB & ASSOCIATES CONSUMER LAW GROUP, PLC
17200 W 10 Mile Rd Suite 200
Southfield, MI 48075
Phone: (248) 746-3790
Email: adamgtaub@clgplc.net

*Attorneys for Plaintiff*