UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Terry Fabricant,**

       **Plaintiff,**   Case No. 20-10137

  **vs.**   HON. DENISE PAGE HOOD

**David Allen Capital, Inc., et al.,**

       **Defendant.**

_____/

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal on February 11, 2020 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

                                                   s/Denise Page Hood
                                                   Chief Judge, U. S. District Court

DATED: February 20, 2020